

**IT IS ORDERED as set forth below:**

**Date: July 23, 2026**

_____

**Jonathan W. Jordan**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NO. 26-58895-jwj |
| CHAKA MALIK WOODS | * | |
| Debtor | * | CHAPTER 13 |

### ORDER ON MOTION TO REQUEST AN EXTENSION OF TIME

Debtor filed a Motion to Request Extension of Time on July 20, 2026 [Doc. No. 13] (the

"Motion") as required by Bankruptcy Rule 1007 and 11 U.S.C. §521.  It appears that just cause

exists for granting such Motion.  Accordingly, it is hereby

**ORDERED**, that the time for said Debtor to file said schedules and documents identified

in Doc. No. 15 is hereby extended to August 14, 2026.

**[END OF DOCUMENT]**

ORDER PREPARED BY:

*/s/ Joseph Chad Brannen*
Joseph Chad Brannen
Attorney for Debtor
Georgia Bar No. 077120
7147 Jonesboro Rd. Suite G
Morrow, GA 30260
chad@brannenlawfirm.com


**DISTRIBUTION LIST**

Joseph Chad Brannen
7147 Jonesboro Rd. Suite G
Morrow, GA 30260

Chaka Malik Woods
8340 Carlton Road
Riverdale, GA 30296


Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303