**IT IS ORDERED as set forth below:**

**Date: September 14, 2026**

**Jonathan W. Jordan**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| CHAKA MALIK WOODS | : | CHAPTER 7 |
| | : | CASE NO. 26-58895-JWJ |
| Debtor. | : | JUDGE JONATHAN W. JORDAN |
| | : | |
| TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC | : | |
| | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| CHAKA MALIK WOODS | : | |
| | : | |
| Respondent. | : | |

CONSENT ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), a party-in—interest in the above—styled Chapter 7 case, having previously filed a *Motion for Relief from Automatic Stay* (the "Motion") that was filed on September 2, 2026 as [Docket No. 25], with said Motion having been scheduled

for hearing on October 28, 2026; and

IT APPEARING that Movant TD Bank and the Debtor, by and through counsel, have consented to this Order and the Chapter 7 Trustee has no opposition to this Order;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

1.

The Automatic Stay pursuant to 11 U.S.C. § 362 (a) is hereby modified with respect to the 2019 Chevrolet Tahoe, serial number 1GNSKAKC4KR123547 (the "Collateral"), including any sales proceeds or insurance proceeds arising therefrom which is property of the bankruptcy estate and that any excess proceeds after the foreclosure and sale of the Collateral shall be paid to the Chapter 7 Trustee for the Chapter 7 bankruptcy estate.

2.

The fourteen (14) day stay provision pursuant to Bankruptcy Rule 4001(a)(4) is waived.

**END OF DOCUMENT**

PREPARED AND PRESENTED BY:

EVANS PETREE PC

By: /s/ Robert J. Fehse
Robert J. Fehse
Georgia State Bar No. 758817
Attorneys for Movant
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0722
rfehse@evanspetree.com

CONSENTED TO:

/s/ Joseph Chad Brannen
Joseph Chad Brannen
Georgia State Bar No. 077120
7147 Jonesboro Road, Suite G
Morrow, GA 30260
Attorney for Debtor

NO OPPOSITION:

/s/ S. Gregory Hays
S. Gregory Hays
2964 Peachtree Road, NE, Suite 555
Atlanta, GA 30325-1420
Chapter 7 Trustee

DISTRIBUTION LIST

Robert J. Fehse, Esq.
EVANS PETREE PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

Office of United States Trustee
75 Ted Turner Dr SW #362
Atlanta, GA 30303

S. Gregory Hays
Chapter 7 Trustee
2964 Peachtree Road, NE, Suite 555
Atlanta, GA 30325-1420

Joseph Chad Brannen
7147 Jonesboro Road, Suite G
Morrow, GA 30260

Chaka Malik Woods
8340 Carlton Road
Riverdale, GA 30296