**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Chaka Malik Woods**
8340 Carlton Road
Riverdale, GA 30296

**xxx–xx–0034**

Case No.: **26–58895–jwj**
Chapter: **7**
Judge: **Jonathan W. Jordan**

# NOTICE REGARDING RESCHEDULING OF MEETING OF CREDITORS OF CHAPTER 7 DEBTOR

Debtor did not appear at the previously scheduled Section 341 Meeting of Creditors. The Meeting of Creditors has been rescheduled to:

**10/15/26** at **02:00 PM**
**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 627 912 5502, and Passcode 6497361809, OR call 1 (470) 924–8876**.

In accordance with 11 U.S.C. § 343 of the Bankruptcy Code, debtor must appear at the Meeting of Creditors and submit to examination under oath. If debtor fails to appear at the rescheduled Meeting of Creditors , the case may be dismissed without further notice or hearing, in accordance with General Order No. 2 as entered by this Court on October 5, 2005.

Dated: October 6, 2026

Vania S. Allen
Clerk of Court

Form 424

United States Bankruptcy Court
Northern District of Georgia

In re: Chaka Malik Woods, Debtor — Case No. 26-58895-jwj, Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9 | User: bncadmin | Page 1 of 3
Date Rcvd: Oct 06, 2026 | Form ID: 424 | Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chaka Malik Woods, 8340 Carlton Road, Riverdale, GA 30296-1215 |
| 25980619 | + | CWS Investments Inc, 1750 Tysons Blvd, Ste 1500, McLean, VA 22102-4200 |
| 25980618 | + | CWS Investments Inc, c/o Brian Goldberg, Esq., 3475 Piedmont Road, NE Ste 1400, Atlanta, GA 30305-2928 |
| 25980620 | | Delta Community Cred, Delta Airlines Bldg Po Box 205, Atlanta, GA 30320 |
| 25980624 | | Firstbank, Central Loan And Admin, Ewing, NJ 08628 |
| 25980635 | + | Servbank Na, 135 Maxess Rd, Melville, NY 11747-3801 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncnoticing@evanspetree.com | Oct 06 2026 21:30:00 | TD Bank, N.A., successor in interest to TD Auto Fi, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 25980611 | + | Email/Text: bkfilings@zwickerpc.com | Oct 06 2026 21:31:00 | AMEX, c/o Keith Taylor, Esq., 3505 Koger Blvd Ste. 125, Duluth, GA 30096-7672 |
| 25980612 | + | Email/PDF: bncnotices@becket-lee.com | Oct 06 2026 21:28:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 26071060 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2026 21:28:13 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25980613 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 06 2026 21:30:00 | Brclysbankde, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 26114355 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 06 2026 21:28:10 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 25980614 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 06 2026 21:28:11 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 25980615 | + | Email/Text: BKPT@cfna.com | Oct 06 2026 21:29:00 | Cfna/Bsro, 6275 Eastland Rd, Brookpark, OH 44142-1301 |
| 25980616 | + | Email/Text: bankruptcy@credencerm.com | Oct 06 2026 21:31:00 | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1930 |
| 25980617 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 06 2026 21:28:01 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 25983260 | | Email/Text: deptbankruptcy@deltacommunitycu.com | Oct 06 2026 21:30:00 | Delta Community Credit Union, P.O. Box 20541, Atlanta, GA 30320 |
| 25980621 | + | Email/Text: deptbankruptcy@deltacommunitycu.com | Oct 06 2026 21:30:00 | Delta Community Credit, 1025 Virginia Ave, Atlanta, GA 30354-1319 |
| 26010447 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 06 2026 21:28:04 | Directv, LLC, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25980622 | + | Email/Text: mrdiscen@discover.com | Oct 06 2026 21:29:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 26090303 | | Email/Text: ECF@fayservicing.com | Oct 06 2026 21:30:00 | Wilmington Savings Fund Society, c/o Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 25980625 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 06 2026 21:30:00 | Freedom Mtg, 11988 Exit 5 Prkwy Bldg, Fishers, IN 46037 |
| 26064788 | | Email/Text: bankruptcy@greenskycredit.com | Oct 06 2026 21:30:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 25980626 | + | Email/Text: bankruptcy@kikoff.com | Oct 06 2026 21:29:00 | Kikoff Lending Llc, 633 Folsom St Ste 300, San Francisco, CA 94107-3600 |
| 26098216 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2026 21:28:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 26106784 | | Email/Text: sheri@masinc.org | Oct 06 2026 21:29:00 | MERCHANTS ADJUSTMENT SERVICE, PO BOX 7511, MOBILE, AL 36670 |
| 26080304 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 06 2026 21:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25980627 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Oct 06 2026 21:29:00 | Monterey Fin, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 25980628 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 06 2026 21:31:00 | Navy Federal Credit, Po Box 3700 Attn: Cbr Disputes, Merrifield, VA 22119-3700 |
| 25980630 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 06 2026 21:29:00 | Nr/Sms/Cal, 601 Office Center Dr Ste, Fort Washington, PA 19034-3275 |
| 25980631 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 06 2026 21:27:56 | Opensky Cbnk, 1900 Campus Commons Dr S, Reston, VA 20191-1561 |
| 25980634 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 06 2026 21:29:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 25980632 | + | Email/Text: bkrgeneric@penfed.org | Oct 06 2026 21:29:00 | Pentagon Federal Cr Un, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 25980633 | + | Email/Text: bankruptcy@greensky.com | Oct 06 2026 21:30:00 | Pinnacle/Gs, 5565 Glenridge Connector, Atlanta, GA 30342-4756 |
| 26020383 | | Email/Text: bnc-quantum@quantum3group.com | Oct 06 2026 21:30:00 | Quantum3 Group LLC as agent for, Titan Asset Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 26026925 | | Email/Text: bnc-quantum@quantum3group.com | Oct 06 2026 21:30:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25980636 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 06 2026 21:27:58 | Syncb/Amazon, Po Box 71727, Philadelphia, PA 19176-1727 |
| 26002611 | + | Email/Text: jaxbanko@td.com | Oct 06 2026 21:29:00 | TD Bank, N.A, Robert J. Fehse, Esq., Evans Petree PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 25980637 | + | Email/Text: bankruptcy@td.com | Oct 06 2026 21:31:00 | Td Auto Finance, Po Box 71466, Philadelphia, PA 19176-1466 |
| 25980638 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 06 2026 21:31:00 | Transworld Systems Inc, 500 Virginia Dr, Ft Washington, PA 19034-2733 |
| 25980639 | + | Email/Text: accountservicing@trueaccord.com | Oct 06 2026 21:29:00 | Trueaccord C, 16011 College Blvd, Lenexa, KS 66219-1366 |
| 26017530 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 06 2026 21:31:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

| | | | | |
|---|---|---|---|---|
| 25980640 | | Email/Text: bknotice@upgrade.com | Oct 06 2026 21:29:00 | Upgrade Inc, 275 Battery St Fl 23, San Francisco, CA 94111 |
| 25980623 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 06 2026 21:31:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 25980641 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 06 2026 21:28:11 | Webbank/Gtn, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25980629 | ##+ | New Wave Card/Webbank/, 85 Delancy St, New York, NY 10002-3182 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexa Stinson | on behalf of Creditor Angel Oak Mortgage Trust 2025-HB2 alexa.stinson@padgettlawgroup.com BKecf@padgettlawgroup.com;Andrea.Betts-Whalen@padgettlawgroup.com |
| Brian S. Goldberg | on behalf of Creditor CWS Investments Inc. bgoldberg@buchalter.com, vlawrence@buchalter.com;lroberts@buchalter.com |
| Jordan Alexander Greer | on behalf of Creditor Wilmington Savings Fund Society FSB ecfganb@aldridgepite.com, jagreer@ecf.courtdrive.com;jgreer@aldridgepite.com |
| Joseph Chad Brannen | on behalf of Debtor Chaka Malik Woods chad@brannenlawfirm.com info@brannenlawfirm.com;5321@notices.nextchapterbk.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Robert J. Fehse | on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC rfehse@evanspetree.com, stanceyd@evanspetree.com |
| S. Gregory Hays | ghays@haysconsulting.net saskue@haysconsulting.net;GA32@ecfcbis.com |

TOTAL: 7